

# Fourth Court of Appeals
## San Antonio, Texas

September 27, 2023

No. 04-23-00835-CR

**IN RE** John Gilbert **CENTENO** Jr.

Original Proceeding[1]

**ORDER**

Relator's petition for writ of habeas corpus is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on September 27, 2023.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of September, 2023.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2021CR11020, styled *John Gilbert Centeno Jr. v. The State of Texas*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Andrew Carruthers presiding.